**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Toni Gwynett JONES, a/k/a Tone–
Tone, Defendant–Appellant.**

**No. 12–7257.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 29, 2012.

Decided: Dec. 11, 2012.

Toni Gwynett Jones, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C.F. Shappert, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toni Gwynett Jones appeals the district court's order denying her motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 5:03–cr–00037–RLV–8 (W.D.N.C. June 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*